**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| Clinissa Trahan, § | |
|    *Plaintiff*, § | |
| § | |
| v. § | Civil Action H-19-4138 |
| § | |
| Kilolo Kijakazi, § | |
| Acting Commissioner of the § | |
| Social Security Administration, § | |
|    *Defendant*. § | |

## ORDER OF ADOPTION

On February 7, 2022, Magistrate Judge Peter Bray recommended that Clinissa Trahan's motion for summary judgment be granted and Defendant's motion for summary judgment be denied. ECF No. 36. No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The Commissioner's final decision is remanded.

Signed on February 25, 2022, at Houston, Texas.

*David Hittner*
David Hittner
United States District Judge

2